MELINDA L. HAAG, SBN CA 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN, SBN CO 35181
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: 415-977-8975
    Fax:  415-744-0134
    E-mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

**E-FILED 07-14-2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DORETTA KERL,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>    Defendant. | CASE NO. 5:11-cv-330-HRL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>**[]Re: Docket No. 18]** |

    The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to file his cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment. The extension is needed due to Defendant's counsel's recent sickness compounded by briefs due in 3 other cases during the same timeframe. The new due date for Defendant's motion will be August 11, 2011, and the Court's Scheduling Order shall be modified accordingly.

//

//

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | Dated: July 11, 2011 | */s/ Tom Weathered* |
| | | (As authorized via e-mail) |
| 4 | | TOM WEATHERED |
| | | Attorney for Plaintiff |
| 5 | | |
| 6 | | Respectfully submitted, |
| 7 | | MELINDA L. HAAG |
| | | United States Attorney |
| 8 | | |
| 9 | | |
| 10 | Dated: July 11, 2011 | By:  */s/ Brenda M. Pullin* |
| | | BRENDA M. PULLIN |
| 11 | | Special Assistant United States Attorney |

IT IS SO ORDERED:

Dated: July 14, 2011

_____
HOWARD R. LLOYD
United States Magistrate Judge

**Page 2**