MELINDA L. HAAG, SBN CA 132612
United States Attorney
DONNA CALVERT, SBN IL 6191786
Acting Regional Chief Counsel
BRENDA M. PULLIN, SBN CO 35181
Special Assistant United States Attorney
Social Security Administration

   333 Market Street, Suite 1500
   San Francisco, CA 94105
   Telephone: 415-977-8975
   Fax:   415-744-0134
   E-mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

*E-FILED 08-22-2011*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DORETTA KERL,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.

CASE NO. 5:11-cv-330-HRL

STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**[Re: Docket No. 20]**

    The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time, of 15 days, to file his cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment.  Defendant previously was granted an extension of 30 days for filing the motion.

    The extension is needed because Defendant's counsel experienced a backlog of cases stemming from a recent illness and recurrent absences from the office due to illness and for treatment.  Since returning to the office, defense counsel has diligently worked through the resultant backlog and anticipates filing the brief in the instant case within the next two weeks.  The new due date for Defendant's motion will be

1  August 26, 2011, and the Court's Scheduling Order shall be modified accordingly.

                                                Respectfully submitted,

Dated: August 15, 2011                */s/ Tom Weathered*
                                                (As authorized via e-mail)
                                                TOM WEATHERED
                                                Attorney for Plaintiff


                                                Respectfully submitted,

                                                MELINDA L. HAAG
                                                United States Attorney


Dated: August 15, 2011              By:   */s/ Brenda M. Pullin*
                                                BRENDA M. PULLIN
                                                Special Assistant United States Attorney


IT IS SO ORDERED:

Dated: August 22, 2011                                       
                                                HOWARD R. LLOYD
                                                United States Magistrate Judge